[No. 1395.   Decided November 12, 1894.]

THE STATE OF WASHINGTON, *Respondent*, *v.* C. A. KEEN, *Appellant*.

ASSAULT WITH INTENT TO COMMIT RAPE—CONVICTION OF ASSAULT AND BATTERY.

Actual violence alleged as a fact in the transaction of an assault with intent to commit rape will justify a conviction of assault and battery.

*Appeal from Superior Court, Yakima County.*

*John G. Boyle* and *Reavis & Milroy*, for appellant.

*J. A. Rochford*, Prosecuting Attorney, *A. P. Fulkerson*, *Jones & Newman* and *James A. Haight*, for the State.

The opinion of the court was delivered by

STILES, J.—The information charged an assault with intent to commit rape, and the appeal is from the judgment on a verdict of guilty of assault and battery. Contained in the information is an allegation that the accused "did then and there make an assault upon the body of Mrs. ———, a female, over the age of twelve years, and did then and there unlawfully *beat*, lay hold of and ill treat the said," etc. Penal Code § 19 defines assault and battery as "the unlawful beating of another" which clearly appears to have been charged in this information. Actual violence alleged as a fact in the transaction of an assault with intent to commit rape will justify a conviction of assault and battery. *State v. McAvoy*, 73 Iowa, 557, (35 N. W. 630).

Judgment affirmed.

DUNBAR, C. J., and HOYT and SCOTT, JJ., concur.